The Century Mercantile Company, Respondent, v. Matthew A. Heeran, Late Sheriff of Rensselaer County, Appellant, (Action No. 2.)— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer, and answer upon payment of costs of demurrer and of this appeal. No opinion. All concurred, except Parker, P. J., not voting, and Chester, J., dissenting.

Benjamin J. Duffy, Appellant, v. Caroline E. Todd and Antonia Sickels, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion.

William B. Freer, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

William B. Freer, Appellant, v. The State of New York, Respondent.— Order unanimously affirmed, without costs. No opinion.

First National Bank of Binghamton, Respondent, v. Philip Sugerman, Appellant.— Judgment affirmed, with costs. No opinion. All concurred, except Parker, P. J., not voting, and Kellogg, J., dissenting.

Ida M. Holsapple, as Administratrix, etc., of Howard B. Holsapple, Deceased, Appellant, v. American Hide and Leather Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Charles House and Others, Appellants, v. The City of Oneida and Others, Respondents.— Judgment affirmed, with costs. No opinion. All concurred, except Parker, P. J., not voting.

Charles F. W. Horn, Appellant, v. Henry Worden and Others, Respondents. — Judgment and order unanimously affirmed, with costs. No opinion. Kellogg, J., not sitting.

The Lordville and Equinunk Bridge Company, Appellant, v. Charles De Lackner, Respondent.— Order modified so as to require the plaintiff to state the times when, places where and the number of persons carried each time it is claimed the defendant transported or ferried across the Delaware river, and the times when and places where it is claimed the defendant transported or ferried freight across said river, and as thus modified affirmed, without costs. No opinion. All concurred.

In the Matter of the Application for the Admission to Probate as a Last Will and Testament of Sherman Dexter Pillsbury, Deceased, of a Certain Paper Writing Purporting to Have Been Executed the 8th Day of May, 1897, and Certain Papers Purporting to Have Been Executed August 18, 1903, and May 13, 1904, Respectively, and Purporting to Be Codicils to the Last Will and Testament of said Sherman Dexter Pillsbury, Deceased, and a Certain Paper Writing Purporting to Have Been Executed the 14th Day of June, 1887, and Certain Papers Purporting to Have Been Executed August 18, 1903, and May 13, 1904, Respectively, and Purporting to Be Codicils to the Last Will and Testament of Said Sherman Dexter Pillsbury, Deceased. Edwin M. Pillsbury and Others, Appellants.— Decree affirmed, without costs to either party, upon the opinion of Fitts, Surrogate. All concurred, except Parker, P. J., not voting,

Sarah Thro Meeker, as Administratrix, etc., of Henry W. Meeker, Deceased, Respondent, v. Clark M. Smith and Others, Appellants.— Judgment and orders affirmed, with costs. No opinion. All concurred, except Parker, P. J., not voting, and Kellogg, J., dissenting.